# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KRAFT,<br><br>           Plaintiff,<br><br>  vs.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC.,<br><br>           Defendant. | CASE NO. CV 10-07290 RZ<br><br>ORDER OF DISMISSAL RE SETTLEMENT |

      The Court having been notified of settlement of this matter by counsel,

      The Court ORDERS that this action be, and hereby is, dismissed.

      The Court shall retain jurisdiction for a period of 60 days to reopen the matter, upon application by any party, if the settlement is not consummated.

      All dates currently set on calendar are vacated.

      The Clerk shall mail a copy of this Order to all counsel of record.

DATED: October 13, 2010

*Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE